■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME CORTES, Appellant. [30 NYS3d 816]—Order, Supreme Court, New York County (Thomas Farber, J.), entered on or about September 11, 2013, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in granting an upward departure based on egregious conduct that was not adequately accounted for in the risk assessment instrument, and that outweighed the mitigating factors cited by defendant

(*see People v Gillotti*, 23 NY3d 841 [2014]). To the extent defendant is challenging the factual predicate for the departure, that claim is unpreserved and without merit (*see e.g. People v Irizarry*, 124 AD3d 429 [1st Dept 2015], *lv denied* 25 NY3d 907 [2015]). Concur—Sweeny, J.P., Renwick, Moskowitz, Kapnick and Gesmer, JJ.